# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DERMAIN DATORIO TERRY**                                                  **PLAINTIFF**
**ADC #163201**

v.                 **CASE NO: 4:24-cv-00154-JM-JTK**

**KATHREN SHULER**                                                         **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Shuler's Motion for Summary Judgment on the issue of exhaustion (Do. No. 32) is DENIED.

DATED this 29th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE